**CRIS C. VAUGHAN**, SBN 99568
VAUGHAN & ASSOCIATES
400 Continental Boulevard, 6th Floor
El Segundo, CA 90245
Telephone:  (310) 426-2836
Facsimile:    (310) 426-2001
cvaughan@adasolutionsgroup.com

Attorneys for Defendant, James Robert Harmelin.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Chris Langer,**<br><br>              Plaintiff,<br><br>     v.<br><br>**Elsie I. Wynn,** as Trustee of the Wynn Family Trust dated June 19, 2003**;**<br>**James Robert Harmelin,** a California corporation; and Does 1-10,<br><br>              Defendants. | Case No. 2:18-cv-05738-JFW-PJW<br><br>**DECLARATION OF LEAD TRIAL COUNSEL RE: COMPLIANCE WITH LOCAL RULES GOVERNING ELECTRONIC FILING** |

I, Cris C. Vaughan, declare:

1.     I am an attorney duly licensed to practice law before all courts of the State of California and the attorney of record for Defendant, James Robert Harmelin.

2.     I am the lead trial counsel for Defendant, James Robert Harmelin in the above-entitled action.

3.     I am a registered CM/ECF user in the United States District Court for

the Central District of California.

4. My email address of record is cvaughan@adasolutionsgroup.com, and I have consented to service and receipt of filed documents by electronic means.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on September 18, 2018, at Loomis, California.

*/s/ Cris C. Vaughan*
CRIS C. VAUGHAN
Attorney for Defendant, James Robert Harmelin