LAW OFFICES OF JEFF SPELLERBERG
Jeff Spellerberg, Bar No. 176726
8200 Wilshire Boulevard, Suite 415
Beverly Hills, California 90211
Telephone: (310) 980-6323
jeffspellerberg@gmail.com

Attorneys for: Defendant Elsie Wynn

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Chris Langer,<br><br>        Plaintiff<br><br>v.<br><br>Elsie I Wynn, in individual and representative capacity as trustee of the Wynn Family Trust dated June 19, 2003; James Robert Harmelin; and DOES 1 - 10<br><br>        Defendants | Case No. 2:18-cv-05738-JFW-PJW<br><br>JUDGE: Hon. John F. Walter<br>Magistrate: Hon Patrick J. Walsh<br><br>DECLARATION OF LEAD COUNSEL JEFF SPELLERBERG RE: COMPLIANCE WITH LOCAL RULE REGARDING ELECTRONIC FILING |

I, Jeffery K. Spellerberg, declare:

   1.  I am an attorney duly licensed to practice law before all the courts of the State of California and the attorney of record for defendant Elsie I. Wynn,, and individual and Elsie I . Wynn, trustee of the Wynn Family Trust date June 19, 2013 and Elsie I. Wynn, as Trustee of the Elsie I. and Jerry G. Wynn Inter Vivos Trust, a California Trust.

DECLARATION OF LEAD COUNSEL   -1-

2. I am the lead counsel for the Defendant, Elsie I. Wynn, and individual and Elsie I . Wynn, trustee.

3. I am a registered CM/ECF user in the United States District Court for the Central District of California

4. My email address of record is jeffspellerberg@gmail.com and I have consented to service and receipt of filed documents by electronic means.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 2nd day of October, 2018

/s/ Jeffery K. Spellerberg
JEFFERY K. SPELLERBERG
Attorney for the Defendant
Elsie I. Wynn, as individual
and trustee

DECLARATION OF LEAD COUNSEL   -2-